NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jayson Monroe,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dennis R. Smith,<br><br>　　　　Respondent. | No. CV12-0757-PHX-SRB<br><br>**ORDER** |

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on April 10, 2012. Respondent filed his answer to Petitioner's Petition on July 18, 2012. No reply has been filed. On September 24, 2012, the Magistrate Judge issued his Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be denied and dismissed with prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties of their rights to file specific written objections to the Report and Recommendation with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1     IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.  (doc. 16).
3     IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied.
4     IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

6     DATED this 2nd day of November, 2012.

_____
Susan R. Bolton
United States District Judge